# Court of Appeals
## Tenth Appellate District of Texas

10-25-00109-CR

Tanzy Joseph Deshotel, III,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
361st District Court of Brazos County, Texas
Judge Steve Smith, presiding
Trial Court Cause No. 16-02919-CRF-361

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

In a notice of appeal dated April 1, 2025, Tanzy Joseph Deshotel, III attempts to appeal a judgment nunc pro tunc signed by the trial court on October 29, 2019, for the second time. This judgment was appealed the first time by Deshotel in 2019, and this Court issued an opinion and judgment affirming his conviction on November 10, 2021. *See Deshotel v. State*, No. 10-19-00397-CR, 2021 WL 5235002, 2021 Tex. App. LEXIS 9182 (Tex. App.—

Waco Nov. 10, 2021, no pet.). No petition for discretionary review was filed, and this Court's mandate issued on December 21, 2021.

Even if this current appeal was not barred because of our prior opinion and judgment, Deshotel's notice of appeal is untimely. This appeal is dismissed for want of jurisdiction.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: May 1, 2025

Before Chief Justice Johnson,
      Justice Harris, and
      Senior Chief Justice Wright[1]
Dismissed
Do not publish
CR25



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.